**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Herbert Franklin VANEGAS–ORTIZ, Defendant–Appellant.**

No. 12–10135.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 4, 2012.*

Filed Sept. 7, 2012.

Erica Leigh Seger, Special Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: REINHARDT, WARDLAW, and BEA, Circuit Judges.

## MEMORANDUM **

We have reviewed the record and the opening brief, and conclude that the questions raised in this appeal are foreclosed by Ninth Circuit authority. *See United States v. Johnson,* 581 F.3d 994 (9th Cir. 2009); *United States v. Medina–Beltran,* 542 F.3d 729 (9th Cir.2008); *see also United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Although two other circuits are in disagreement with our circuit's precedent, *see United States v. Divens,* 650 F.3d 343 (4th Cir.2011); *United States v. Lee,* 653 F.3d 170 (2nd Cir.2011), we are nevertheless bound to follow this precedent, unless our court were to convene a rehearing en banc to reconsider this precedent. The parties may file a petition for rehearing en banc so that the full court may consider their arguments that *Johnson* and *Medina–Beltran* are wrongly decided.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Accordingly, appellee's motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**